IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY LEE NICHOLS
ADC#115100                                                              PETITIONER

VS.                          5:12CV00152 KGB/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 24). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's Motion for Default Judgment (docket entry #17) is DENIED.

2. Respondent shall file a responsive pleading within fourteen days of the entry of this Order.

Dated this 30 day of October, 2012.

Kristine G. Baker
United States District Judge