**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHNNY LEE NICHOLS**
**ADC#115100**                                                                                      **PETITIONER**

**VS.**                                **5:12CV00152 KGB/JTR**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed without prejudice.

SO ORDERED this the 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge